## Nicholas Pleimling, Appellee, v. Perry Pipe Company and John R. Perry, Appellants.

### Gen. No. 22,831.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed June 11, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Bill by Nicholas Pleimling, complainant, against the Perry Pipe Company and John R. Perry, the holder of a majority of stock in the Perry Pipe Company, defendants, for an accounting under a contract with the defendants whereby the Pipe Company agreed to set aside a certain portion of its stock in settlement of a debt owed complainant, and fill from such stock all orders from specified, exclusive territory, or, if such orders could not be filled from such stock, to substitute therefor goods of defendant and take in payment an equal value of goods from complainant's stock, and make all collections and deposit all moneys received in the name of complainant. From a decree for complainant, defendants appeal.

CHARLES P. MOLTHROP, for appellants.

JONAS O. HOOVER, for appellee.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 297*—*when decree is final.* A decree in a suit for an accounting which construes the contract between the

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Kutlik v. Chicago, Rock Island & Pacific R. Co., 206 Ill. App. 624.

parties and fixes the rights of the respective parties thereto is final and appealable where nothing remains except an accounting.

2. APPEAL AND ERROR, § 1272*—*when accounting will be presumed to be correct.* A statement of account made by a master in chancery and incorporated in a decree will be presumed to be correct where no specific errors are pointed out by defendants with respect to the items contained in the accounting.